UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DOUGLAS CORNELL JACKSON
#748757,

      Plaintiff,

v.

JODI FELICIANO, et al.,

      Defendants.
_____/

Case No. 2:17-CV-77

HON. GORDON J. QUIST

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

On December 11, 2018, Magistrate Judge Greeley issued a Report and Recommendation (R & R) recommending that the Court grant Defendants' motion for summary judgment and deny Plaintiff's motion for injunctive relief. (ECF No. 69.) On December 31, 2018, Plaintiff filed a motion requesting a 30-day enlargement of time to file an objection to the R & R. Plaintiff states that he did not receive the R & R until December 19, 2018, that he is currently housed in segregation without access to the law library, and that he has limited access to law materials. Plaintiff further states that the requested extension is necessary to allow him to prepare a proper objection.

The Court concludes that Plaintiff has shown good cause for an enlargement of time by 30 days. Therefore, Plaintiff's motion (ECF No. 70) is **GRANTED**. Plaintiff shall have until **January 30, 2019**, to file an objection. No further extensions will be granted.

**IT IS SO ORDERED**.

Dated: January 2, 2019

          /s/ Gordon J. Quist
      GORDON J. QUIST
UNITED STATES DISTRICT JUDGE