UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———————————

DOUGLAS CORNELL JACKSON #748757,

        Plaintiff,                      Case No. 2:17-CV-77

v.

                                            HON. GORDON J. QUIST

JODI FELICIANO, et al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 11, 2018, Magistrate Judge Greeley issued a Report and Recommendation recommending that the Court grant Defendants' motion for summary judgment (ECF No. 62) and dismiss Defendants Feliciano and Pokley without prejudice and deny Plaintiff's motion for injunctive relief (ECF No. 60). On January 2, 2019, the Court granted Plaintiff's motion for enlargement of time and allowed Plaintiff until January 30, 2019, to file an objection. (ECF No. 73.) Plaintiff failed to file an objection within the allowed time pursuant to 28 U.S.C. § 636(b). Instead, Plaintiff filed a second motion for enlargement of time, requesting an additional 30 days in which to file an objection. (ECF No. 74.) Plaintiff ignores the Court's admonition in its January 2, 2019, Order that "[n]o further extensions will be granted." (ECF No. 73.) Moreover, Plaintiff waited until after the extended time expired to submit his request for additional time. Therefore, the Court will deny Plaintiff's motion for more time.

The Court, having reviewed the Report and Recommendation, finds no basis to reject it and will adopt it as the Opinion of the Court.

Therefore,

**IT IS HEREBY ORDERED** that the December 11, 2018, Report and Recommendation (ECF No. 69) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 62) is **GRANTED**, and Defendants Feliciano and Pokley are **dismissed without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Injunctive Relief (ECF No. 60) and Plaintiff's Second Motion for Enlargement of Time to file Objections (ECF No. 74) are **DENIED**.

This case is **concluded**.

A separate judgment will enter.


Dated:  February 13, 2019                          _____/s/ Gordon J. Quist_____
                                                                            GORDON J. QUIST
                                                                            UNITED STATES DISTRICT JUDGE