UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DOUGLAS CORNELL JACKSON #748757,

    Plaintiff,

v.

JODI FELICIANO, et al.,

    Defendants.

_____/

Case No. 2:17-CV-77

HON. GORDON J. QUIST

## JUDGMENT

Judgment is hereby entered in favor of Defendants and against Plaintiff.

Dated: February 13, 2019

        /s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE